1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ISABEL TUBACH,

11          Plaintiff,                    No. CIV S-04-2369 GEB KJM P

12      vs.

13   DEBRA JAQUEZ, et al.,

14          Defendants.                   <u>ORDER</u>

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983.[1]  In her complaint, plaintiff alleges violations of his civil rights by

18   defendants.  The alleged violations took place in Fresno County, which is part of the Fresno

19   Division of the United States District Court for the Eastern District of California.  <u>See</u> Local Rule

20   3-120(b).

21          Pursuant to Local Rule 3-120(d), a civil action which has not been commenced in

22   the proper division of a court may, on the court's own motion, be transferred to the proper

23   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

24   court.

25   _____

26          [1] Plaintiff has not filed an application to proceed in forma pauperis or paid the filing fee.

1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2         1.  This action is transferred to the United States District Court for the Eastern

3    District of California sitting in Fresno; and

4         2.  All future filings shall reference the new Fresno case number assigned and

5    shall be filed at:

6              United States District Court
               Eastern District of California
7              1130 "O" Street
               Fresno, CA 93721

8

9    DATED:  May 3, 2005.

10

11                                    _____
                                      UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16   1
     tuba2369.22

17

18

19

20

21

22

23

24

25

26